**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Elizabeth Brooks Hollins
Attorney at Law
One Lakeshore Dr., #1200
Lake Charles LA 70629


**REHEARING ACTION: July 14, 2010**


**Docket Number: 09   01290-CA**

**CHARLES CUTLER**
**VERSUS**
**BETH MCGEE, ET AL.**

**Appealed from Calcasieu Parish Case No. 2008-3397**


**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. James T. Genovese**
    **Hon. David Ellis Chatelain**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Beth McGee, et al** has this day been

    **DENIED.**


cc: Charles Cutler, In Proper Person
    Gregory W. Belfour, Counsel for the Appellee
    Leah White, Counsel for the Appellee